788

[Crim. No. 1256.   Third Appellate District.—March 28, 1933.]

In the Matter of the Application of HAROLD J. HALL for a Writ of Habeas Corpus.

Harold J. Hall, *in pro. per.*, for Petitioner.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—This is a petition for writ of *habeas corpus.*

The issues involved in this case are similar to those raised and determined in the *Matter of the Application of Edward Kepford for a Writ of Habeas Corpus,* Criminal No. 3606, decided by the Supreme Court on March 24, 1933, in 217 Cal. 538 [20 Pac. (2d) 333].

Upon authority of that case the writ is issued and the petitioner discharged.